JPML FORM 1A          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 296 -- IN RE ▓▓▓▓▓ CEMENT AND CONCRETE ANTITRUST LITIGATION

| Date | No. Code | STATE OF CALIFORNIA |
|------|----------|---------------------|
| 1/11/77 | 1 | MOTION, BRIEF, ATTACHMENTS A, B, C, D & E and CErtificate of Service (Exhibit A through F) |
| | | SUGGESTED TRANSFEREE DISTRICT -- D. ARIZONA |
| | | SUGGESTED TRANSFEREE JUDGE -- JUDGE C. A. MUECKE |
| 1/24/77 | | APPEARANCES |
| | | KENNETH R. REED, ESQ. for State of Arizona |
| | | JOSEF D. COOPER, ESQ. for Mesa Apartment Assn. |
| | | FREDERICK P. FURTH, ESQ. for Rubenstein Develop. Co. |
| | | DAVID G. BURNEY, ESQ. for Wooldridge Construction Co. |
| | | DONALD E. DYEKMAN, ESQ. for Arizona Slump Block |
| | | JAMES R. FIGLIULO, ESQ. for Singer Housing Co., et al. |
| | | ANDREW S. GORDON, ESQ. for Ora B. Hopper & Son, Inc. Const. & Development |
| | | ROBERT F. HILL, ESQ. for State of Colorado |
| | | WILLIAM C. BARNARD, ESQ. for Leavell Co., et al. |
| | | SAMUEL H. SEYMOUR, ESQ., T. J. PANTALEO, ESQ. for Katterjohn, Inc., et al. |
| | | ROBERT F. COLEMAN, ESQ. for Globe Building Materials Co. |
| | | JOSEPH D. TYDINGS, ESQ. for Hechinger Co. |
| | | PETER K. SHACK, ESQ. for State of California |
| | | PHILIP E. VON AMMON, ESQ. for Portland Cement Assn., Alpha Portland Industries, Inc., Capitol Aggregates Columbia Cement Corp., Cyprus Hawaiian Cement Corp., Louisville Cement Co., The Marquette Co., Northwestern States Portland Cement Co., San Antonio Portland Cement Corp., Valley Cement Industries, Filtrol Corp. |
| | | LAWRENCE R. BROWN, ESQ. for Ash Grove Cement Co., |
| | | MARK I. HARRISON for Lehigh Portland Cement Co. Oregon Portland Cement Co. |
| | | CHRISTOPHER A. COMBS, ESQ. for Arizona Rock Products Assn., |
| | | C. A. CARSON, III, ESQUIRE for Arizona Sand & Rock Co. |
| | | HARVEY M. APPLEBAUM, ESQUIRE for Atlantic Cement Co., Inc. |
| | | THOMAS F. CALL, ESQ. for California Portland Cement Co. |
| | | ROBERT E. B. ALLEN, ESQ. for Centex Corp. |
| | | KENT E. MAST, ESQUIRE for Citadel Cement Corp. |
| | | J. MERCER JOHNSON, ESQ. for Columbia Building Materials, Inc. |
| | | GARY H. ANDERSON, ESQUIRE for the Flintkote Company |
| | | BUD G. HOLMAN, ESQ. for Giant Portland Cement Co. |
| | | M. D. SAMPELS, ESQ. for Gifford-Hill Co., Inc. and Gifford-Hill Portland Cement Co. |
| | | WILLIAM C. MCLEARN, ESQUIRE for Ideal Basic Industries, Inc. |

(Continued on Page 2)

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. __2__

DOCKET NO. _296_ -- __IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION__

| Date | No. Code | |
|---|---|---|
| 1/24/77 | | PAUL R. HAERLE, ESQ. for Kaiser Cement and Gypsum Corp. |
| | | CAROL A. MAGER, ESQ. for Keystone Portland Cement Co. |
| . | | DAVID BONDERMAN, ESQ. for Lone Star Industries, Inc. |
| | | TERRY E. FENZL, ESQ. for Martin Marietta Corp. |
| | | VERNON L. NICHOLAS, ESQ. for Mesa Sand & Rock, Inc |
| . | | MANUEL S. KLAUSNER, ESQ. for Monolith Portland Cement Co. |
| | | JAMES B. KOBAK, JR., ESQ. for National Cement Co., Inc. |
| | | JOHN J. HANSON, ESQ. for National Gypsum Co. |
| | | MICHAEL D. SCOTT, ESQ. for New Pueblo Materials, Inc. |
| | | DALE R. HARRIS, ESQ. for Phoenix Redi-Mix Co., Inc. |
| | | CARL J. SCHUCK, ESQUIRE for Southwestern Portland Cement Co. |
| | | JOHN J. BOUMA, Esquire for The Tanner Companies, United Metro and Tucson Rock & Sand |
| | | JOHN J. MCHUGH, ESQ. for Universal Atlas Cement Div. of United States Steel Corp. |
| | | WILLIAM D. BAKER, ESQ. for Union Rock and Materials Corp., |
| | | JERRY BUCHMEYER, ESQ. for General Portland, Inc. |
| | | ARTHUR J. DAVICH, ESQ. for Bill Carson |
| | | DANIEL W. MCALLEN, III, for OKC Corp. |
| | | HENERY C. THUMANN for AMCORD, INC. |
| | | BERNALD C. PORTER, ESQ. for Chandler Ready Mix, Inc. |
| 1/24/77 | | REQUEST FOR EXTENSION-- DEFENDANTS in Calif. Action requested by counsel for Lone Star -- DEFENDANTS in the Ariz Actions requested by counsel for Lone Star, Defendants in California action -- Requested by Counsel for Amcord GRANTED TO ALL TO AND INCLUDING FEBRUARY 25, 1977 |
| 1/25/77 | | MOVANT'S AMENDED CERTIFICATE OF SERVICE |
| 1/25/77 | | APPEARANCE -- Kay H. Wilkins for Johnson & Stewart Materials, Inc. and Phoenix Sand and Rock |
| 1/28/77 | | APPEARANCE -- JOHN C. BLAZIER, ESQ. for Fred Bandas & Sons, Inc., et al. |
| | | APPEARANCE -- RICHARD G. SCHNEIDER, ESQ. for Whitehall Cement Mfg. Co. |
| 2/3/77 | | APPEARANCE -- ROBERT E. HAYTHORNE, ESQ. for Portland Cement Assoc. |
| 2/9/77 | | APPEARANCE -- JOHN MCLOCNE, JR., ESQ. for ARKANSAS CEMENT CORP. |
| 2/24/77 | 2 | RESPONSE -- Arizona Defendants to State of Calif. Motion to transfer w/cert. of service. |
| 2/25/77 | 3 | CONSOLIDATED 'RESPONSE IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION TO TRANSFER -- Plaintiffs w/cert. of service |
| 2/25/77 | 4 | RESPONSE TO MOTION TO TRANSFER OF THE STATE OF CALIFORNIA; CERTAIN DEFENDANTS' MOTION TO TRANSFER; SUPPORTING BRIEF -- Defendants Portland Cement Assn., et al. w/cert. of service. addemg 131-164 |
| 2/25/77 | 5 | JOINT RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER -- Defendants w/cert. of service. |
| 3/4/77 | | REQUEST FOR EXTENSION OF TIME to file REPLY -- Plaintiffs/Movants GRANTED TO MARCH 21, 1977 |
| 3/21/77 | | APPEARANCE -- JOHN S. LANCY, ESQ. for York Concrete, Inc., et al. |

Case MDL No. 296   Document 1   Filed 05/05/15   Page 3 of 27

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

| Date | No. Code | |
|------|------|---|
| 3/21/77 | 6 | RESPONSE IN OPPOSITION TO THE MOVING DEFENDANTS' CROSS MOTION TO TRANSFER -- Plaintiffs in Arizona Actions w/cert. of service |
| 3/21/77 | 7 | REPLY TO RESPONSES OF VARIOUS DEFENDANTS TO ITS MOTION TO TRANSFER AND RESPONSE IN OPPOSITION TO CROSS-MOTION TO TRANSFER OF CERTAIN DEFENDANTS -- State of California w/cert. of service |
| 3/22/77 | 8 | SUPPLEMENTAL MOTION OF DEFENDANTS -- AMCORD, INC., CALIF. PORTLAND CEMEN CEMENT CO., IDEAL BASIC INDUSTRIES, INC., AND SOUTHWESTERN PORTLAND CEMENT CO. w/supporting brief for transfer of all or part of the following actions: A-1 State of Ariz, A-8 Singer Housing Co., et al., A-7 Ariz. Slump Block, Inc., and A-9 Ora B. Hopper & Son, Inc. w/cert. of service |
| 3/23/77 | | APPEARANCE -- Ralph L. Ellis for Penn Dixie Industries |
| 3/25/77 | 9 | REPLY BRIEF -- Defendants w/cert. of service |
| 3/28/77 | | HEARING ORDER -- Setting A-1 through A-17 and B-1 through B-4 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 3/30/77 | 10 | CONSOLIDATED SUPPLEMENTARY RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' CROSS-MOTION TO TRANSFER w/cert. of service -- Plaintiffs State of Arizona ex rel. |
| 3/31/77 | | APPEARANCE -- G. Wynn Smith Jr. for River Cement Co. |
| 3/31/77 | | LETTER -- Phoenix Sand and Cement w/cert. of service |
| 3/31/77 | | LETTER -- Phoenix Redi-Mix Co. w/cert. of service |
| 3/31/77 | | LETTER -- Union Rock & Materials Corp. w/cert. of service |
| 4/4/77 | | LETTER -- Mesa Sand & Rock, Inc. w/cert. of service |
| 4/8/77 | 11 | JOINDER IN CERTAIN DEFENDANTS' MOTION TO TRANSFER -- Alpha Portland Industries, Inc., et al. w/cert. of service. |
| 4/15/77 | 12 | JOINDER IN CERTAIN DEFENDANTS' MOTION -- PENN DIXIE INDUSTRIES w/Affidavit of of Stephen Modell & cert of service |
| 4/18/77 | 13 | REPLY TO PLAINTIFFS' SUPPLEMENTARY RESPONSE -- CEMENT DEFENDANTS w/cert. of service. |
| 4/22/77 | 14 | JOINDER IN CERTAIN DEFENDANTS' MOTION TO TRANSFER -- Southdown, Inc. w/cert. of service |
| 4/23/77 | | LETTER -- TRI CITY READY MIX, INC. w/service indicated |
| 9/12/77 | | OPINION AND ORDER TRANSFERRING A-17 to be consolidated with A-1 through A-16 and B-1 through B-4 for coordinated and consolidated pretrial proceedings and assigned to the Honorable C. A. Muecke. |
| 9/12/77 | | CONSENT OF TRANSFEREE COURT ASSIGNING THIS LITIGATION TO THE HONORABLE C. A. MUECKE to handle litigation for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 4

DOCKET NO. 296 -- In re Cement and Concrete Antitrust Litigation

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 10/19/78 | | B-5 State of Missouri v. Portland Cement Assoc, et al., W.D.Missouri, C.A. No. 78-4192-CV-C CTO FILED TODAY.  Notified counsel and Judges. (emh) |
| 11/3/78 | | NOTICE OF OPPOSITION -- All Defendants in (B-5) State of Missouri v. Portland Cement Association, et al., C.A. No. 78-4192-CV-C   (emh) |
| ~~11/20/78~~ | ~~11~~ | ~~MOTION/BRIEF TO VACATE CTO XXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXX~~ emh |
| 11/20/78 | 15 | MOTION/BRIEF TO VACATE CTO (B-5) State of Missouri v. Portland Cement Association, et al., W.D. Missouri, Civil Action No. 78-4192-CV-C -- filed by Defendants in B-5, w/Exhibits A & B and w/cert. of svc.  (emh) |
| 12/6/78 | | ORDER TO SHOW CAUSE -- B-6 State of Utah v. Portland Cement Association, et al. D. Utah, #C78-0429 B-7 State of Nebraska v. Portland Cement Association, et al D. Nebraska, #CV78-L-242 State of New Mexico v. Portland Cement Association, et al., D. New Mexico, #CIV 78-808-C B-9 State of Montana v. Portland Cement Association, et al. D. Montana, C.A. No. CV-78-73U NOTIFIED INVOLVED COUNSEL AND JUDGES   (cds) |
| 12/8/78 | 16 | RESPONSE -- State of Missouri -- w/Exhibits A thru E and w/cert. of svc.   (emh) |
| 12/8/78 | | HEARING ORDER -- setting B-5 thru B-9 for hearing to be held in Washington, D.C. on Jan. 19, 1979. (ea) |
| 12/11/78 | 17 | RESPONSE -- Plaintiffs in litigation (B-5) (located in Arizona) Kenneth R. Reed, liason counsel, -- w/cert. of svc.   (emh) |
| 12/18/78 | 18 | REPLY BRIEF -- Defendant Lone Star Industries, Inc., -- w/cert. of svc.  (emh) |
| 12/20/78 | 19 | RESPONSE -- States of Nebraska, Utah, New Mexico and Montana -- w/Exhibits A thru F and w/cert. of svc. (emh) |
| 12/22/78 | 20 | RESPONSE -- Defendants Wyandotte Cement, Inc., Centex Corp., and Centex Cement Corp. -- w/cert. of svc.  (emh) |
| 12/22/78 | 21 | RESPONSE -- Defendants Portland Cement Association, et al. -- w/Exhibit A and w/cert. of svc.  (emh) |
| 1/2/79 | 22 | REPLY (to Pleading No. 19) -- Lone Star Industries, Inc., et al. -- w/cert. of service   (cds) |

JPML FORM 1A

5

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 296 -- _____

#######          ##CONDITIONAL##TRANSFER#ORDER#FINAL#TODAY###B#12#FH###H#DF#H####

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 1/5/79 | 23 | REPLY -- Plaintiffs States of Utah, Nebraska, New Mexico and Montana -- w/Exhibit and cert. of svc. (emh) |
| 1/19/79 | | HEARING APPEARANES for hearing held on 1/19/79 in Washington, D.C. -- <br> David Bonderman, Esq. for Defendants opposing transfer; <br> Robert E.B. Allen, Esq. for Wyandotte Cement, et al. <br> Gregory D. Hoffmann, Esq. for States of Missouri, Nebraska, Utah, and New Mexico <br> Jerome J. Cate, Esq. for State of Montana <br> Kenneth R. Reed, Esq. for Transferee Forum Plaintiffs ( mk ) |
| 1/19/79 | | WAIVER OF ORAL ARGUMENT -- Keystone Portland Cement Co. -- for hearing held in Wash.,D.C. on 1/19/79 (emh) |
| 2/28/79 | | B-5 State of Mo. v. Portland Cement Assoc., etal.,W.D.Mo., C.A.No. 78-4192-CV-C <br> B-6 State of Utah v. Portland Cement Assoc., etal.,D. Utah, C.A.No. C78-0429 <br> B-7 State of Nebraska v. Portland Cement Assoc., etal., D. Nebraska, C.A.No. CV78-L-242 <br> B-8 State of New Mexico v. Portland Cement Assoc., et al., D.New Mexico, C.A.No. CIV-78-808-C <br> B-9 State of Montana v. Portland Cement Assoc., etal., D. Montana, C.A.No. CV-78-72BU <br> OPINION AND ORDER FILED TODAY transferring above-captioned to the District of Arizona for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. (ea) |
| 6/22/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY. B-10 State of Louisiana v. Portland Cement Assoc.,etal.,E.D.La.,C.A.No. 79-1909-Sec.K(I) and B-11 State of Alabama v. Portland Cement Assoc.,etal.,M.D.Ala.,C.A.No. 79-257-N. Notified involved counsel and judges. (ea) |
| 7/2/79 | | CONDITIONAL TRANSFER ORDER--B-12 State of Minn. v. Portland Cement Assoc., et al., D.Minn.,C.A.No. 3-79-326. Notified counsel and judges. (ea) |
| 7/11/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-11 State of Alabama v. Portland Cement Assoc., et al., M.D.Ala.,C.A.No. 79-257-N Notified involved clerks and judges. (ea) |
| 7/18/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-12 State of Minn. v. Portland Cement Assoc., et al.,D.Minn.,C.A.No. 3-79-326. Notified involved clerks and judges. (ea) |

Case MDL No. 296   Document 1   Filed 05/05/15   Page 6 of 27

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 7/20/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-10 State of Louisiana v. Portland Cement Assoc., et al.,E.D.La.,C.A.No. 79-1909-Sec.K(I).(THE STAY REMAINED IN EFFECT UNTIL THE PANEL ASCERTAINED THAT CTO WAS PROPERLY SERVED).[a] Notified involved clerks and judges. (ea) |
| 10/3/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY (B-13) Texas v. Portland Cement Assn., et al., W.D.Tex., A-79-CA-203 Notified counsel and involved judges (emh) |
| 10/19/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-13 State of Texas v. Portland Cement Assoc., et al.,W.D.Tex.,C.A.No. A-79-CA-203. Notified involved clerks and judges. (ea) |
| 80/01/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-14 State of Florida v. Portland Cement Association, et al., N.D.Fla., C.A.No. TCA-79-1063 NOTIFIED INVOLVED COUNSEL AND JUDGES (emh) |
| 80/02/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-14 State of Florida v. Portland Cement, et al., N.D. Fla. TCA-79-1063 -- Notified inv. judges & clerks (cds) |
| 81/11/27 | 24 | MOTION FOR DESIGNATION OF DISTRICT CT. JUDGE, MEMORANDUM, EXHIBITS, AFFIDAVIT OF SERVICE, SCHEDULE OF INDIVIDUAL ACTIONS -- Liaison counsel for defendants. (eaf) |
| 81/12/07 | | LETTER ENCLOSING CORRECTION TO PAGE 3 OF PLEADING NO. 24 -- Signed by William J. Maledon -- w/service -- Correction page collated into pleading (cds) |
| 81/12/14 | 25 | RESPONSE (to pldg. no. 24) -- All plaintiffs -- w/Exhibits A - E and cert. of service (cds) |
| 81/12/21 | | LETTER WITH CORRECTED PAGE 7 (attached corrected page to pleading no. 25 -- signed by Kirk McKinney (cds) |
| 81/12/21 | 26 | REPLY, EXHIBITS A - C -- Liaison Counsel for Defendants -- w/cert. of service (cds) |
| 2/03/02 | | ORDER DEFERRING DECISION (until consideration of defendants motion for reassignment has been resolved).  Notified involved clerks, judges and counsel (ds) |
| | | WRIT OF CERTIORARI TO U.S. COURT OF APPEALS FOR NINTH CIRCUIT (State of Arizona v. Ash Grove) S.Ct. No. 82-287 and WRIT OF CERTIORARI TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT (State of Arizona v. U.S. District Court)S.Ct. No. 82-675 |
| 83/03/24 | 27 | Letter w/attachements -- dated March 8, 1983 and signed by Josef D. Cooper, counsel for Mesa Apartment Associates, et al.                              (cds) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. 7

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 83/05/12 | 28 | LETTER -- Referencing Chief Judge Muecke's recusal from this litigation.  Signed by Josef D. Cooper w/svc. (ds) |
| 83/05/18 | 29 | Letter/Response (to pldg. no. 28) w/attachment -- signed by Richard C. Lowery for defendants Lehigh Portland Cement Co. and on behalf of The Flintkote Co., et al.  (cds) |
| 83/05/26 | 30 | LETTER -- Regarding further developements in the reappointment of Chief Judge Muecke to this litigation w/svc. -- signed by Josef D. Cooper on behalf of pltfs. **(ds)** |
| 83/06/06 | 31 | LETTER -- (re:  pldg. No. 30) -- Signed by David Bonderman w/svc.          (ds) |
| 83/07/18 |  | ORDER REASSIGNING LITIGATION under 28 U.S.C. §1407 to the Honorable Manuel L. Real.  (jsj) |
| 84/06/11 | 32 | NOTICE OF RELATED ACTIONS -- M.P.S. Industries, et al. v. Portland Cement Assoc., et al., S.D. Fla., C.A. No. 84-1167 JWK and City of Minneapolis v. Ash Grove Cement Co., et al., D. Minn., C.A. No. 3-84-610 -- filed on behalf of all defendants w/svc.  (ds) |
| 84/06/18 | 33 | PLAINTIFFS' JOINDER IN NOTICE BY DEFENDANTS OF RELATED ACTIONS (to pldg. no. 32). no/svc. (rh) |
| 84/08/09 | 34 | MOTION/MEMORANDUM -- for transfer of C-15 M.P.S. Industries, et al. v. Portland Cement Assoc., et al., S.D. Fla., 84-1167; and C-16 City of Minneapolis v. Ash Grove Cement Co., et al., D. Minn., 3-84-610 -- filed by Liaison Counsel for Defendants (signed by Wm. Maledon, Philip von Ammon and George Read Carlock) -- w/cert. of svc. -- NOTIFIED INVOLVED COUNSEL (cds) |
| 84/08/21 | 35 | RESPONSE (to pldg. 34) -- Plaintiffs M.P.S. Industries, Inc. and Monnah Park Block Co., Inc. -- w/cert. of service (cds) |
| 84/09/21 | 37 | HEARING ORDER -- C-15 M.P.S. Industries; C-16 City of Minnesota scheduled for October 23, 1984 -- on behalf of ALL DEFENDANTS signed by Philip E. von Ammon (emh) |
| 84/10/19 |  | LETTER/REQUEST FOR CONTINUANCE OR POSTPONEMENT OR HEARING for hearing in Galveston, Texas on 10/23/84.  (rh) |
| 84/09/26 | 36 | LETTER -- Ash Grove Cement Co. regarding dismissal of deft (C-16) w/cert. of svc. (rh) |
| 84/10/19 |  | HEARING APPEARANCE:  PHILIP E. VON AMMON, ESQ. FOR Portland Cement Association, et al.  (cds) |

296      In re Cement and Concrete Antitrust Litigation


83/05/12   28   LETTER -- Referencing Chief Judge Muecke's recusal from this
                litigation.  Signed by Josef D. Cooper w/svc. (ds)

83/05/18   29   Letter/Response (to pldg. no. 28) w/attachment -- signed by
                Richard C. Lowery for defendants Lehigh Portland Cement Co.
                and on behalf of The Flintkote Co., et al. (cds)

83/05/26   30   LETTER -- Regarding further developments in the reappointment
                of Chief Judge Muecke to this litigation w/svc. -- signed by
                Josef D. Cooper on behalf of pltfs. (ds)

83/06/06   31   LETTER -- (re:  pldg. No. 30) -- Signed by David Bonderman
                w/svc.  (ds)

83/07/18        ORDER REASSIGNING LITIGATION under 28 U.S.C. §1407 to the
                Honorable Manuel L. Real.  (jsj)

84/06/11   32   NOTICE OF RELATED ACTIONS -- M.P.S. Industries, et al. v.
                Portland Cement Assoc., et al., S.D. Fla., C.A. No.
                84-1167-JWK; and City of Minneapolis v. Ash Grove Cement Co.,
                et al., D. Minn., C.A. No. 3-84-610 -- filed on behalf of all
                defendants w/svc. (ds)

84/06/18   33   PLAINTIFFS' JOINDER IN NOTICE BY DEFENDANTS OF RELATED
                ACTIONS (to pldg. no. 32)  -- no/svc.  (rh)

84/08/09   34   MOTION/MEMORANDUM -- for transfer of C-15 M.P.S. Industries,
                et al. v. Portland Cement Assoc., et al., S.D. Fla., 84-1167;
                and C-16 City of Minneapolis v. Ash Grove Cement Co., et al.,
                D. Minn., 3-84-610 -- filed by Liaison Counsel for Defendants
                (signed by Wm. Maledon, Philip von Ammon and George Read
                Carlock) -- w/cert. of svc. -- NOTIFIED INVOLVED COUNSEL
                (cds)

84/08/21   35   RESPONSE (to pldg. 34) -- Plaintiffs M.P.S. Industries, Inc.
                and Monnah Park Block Co., Inc. -- w/cert. of svc. (cds)

84/09/26   36   LETTER -- Ash Grove Cement Co. regarding dismissal of deft.
                (C-16) w/cert. of svc. (rh)

84/10/19        HEARING APPEARANCE:  PHILIP E. VON AMMON, ESQ for Portland
                Cement Association, et al. (cds)

84/10/19   37   LETTER/REQUEST FOR CONTINUANCE OR POSTPONEMENT OF HEARING
                scheduled for October 23, 1984 -- on behalf of ALL DEFENDANTS
                signed by Philip E. von Ammon (emh)

296

84/11/02     ORDER DENYING TRANSFER -- of C-15 M.P.S Industries, et al. v.
Portland Cement Assn., et al., S.D. Florida, C.A. No.
84-1167; C-16 City of Minneapolis v. Ash Grove Cement, Co.,
et al., D. Minnesota, C.A. No. 3-84-610 pursuant to 28 U.S.C.
†1407.  Notified PASL, hearing clerk, involved judges and
clerks (rh)

DOCKET NO. ___296___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE ███████ CEMENT AND CONCRETE ANTITRUST LITIGATION

=================== Summary of Panel Actions ===================

Date(s) of Hearing(s) _4/22/77_

Consolidation Ordered _9/12/77_    Consolidation Denied _____

Opinion and/or Order _9/12/77_   _2/28/79_

Citation _437 F.Supp. 750_   _465 F.Supp. 1299_

Transferee District _Arizona_    Transferee Judge ~~XXXXXXXXXX~~ Manuel L. Real
                                                *Sitting by designation*
                                                *(C.D. Calif.)*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | State of Arizona v. Portland Cement Assn., et al. | D.Ariz. | Civ 76-672-Phx-CAM | | | 4/19/84 D | |
| A-2 | York Concrete Co., et al. v. Portland Cement Assn., et al. | D. Ariz | Civ 76-914-Phx-CAM | | | 4/30/84 D | |
| A-3 | ~~Mesa Apartment Assn., etc., et al. v.~~ *W. Michael & et al* Portland Cement Assn., et al. | D. Ariz. | Civ 76-769-Phx-CAM | | | 5/2/78 | |
| A-4 | Rubenstein Development Co., et al. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-710-Phx-CAM | | | 4/19/84 D | |
| A-5 | Bill Carson, et al. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-680 Phx-CAM | | | 5/1/8 D | |
| A-6 P | Woolridge Construction Co., v. Portland Cement Assn., et al. | D. Arix. | Civ 76-913 Phx-CAM | | | 4/30/84 D | |
| A-7 | Ariz. Slump Block, Inc. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-488-Phx-CAM | | | 9/21/76 D | |
| A-8 | Singer Housing Co., et al. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-827-Phx-CAM | | | 4/4/84 D | |
| A-9 | Ora B. Hopper & Son, Inc. Construction & Development v. Amcord, Inc., et al. | D. Ariz. | Civ 76-839-Phx-CAM | | | 11/23/83 D | |

DOCKET NO. 296 -- IN RE ARIZONA CEMENT AND CONCRETE ANTITRUST LITIGATION -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | State of Colorado v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-929-Phx-CAM | | | 8/10/84 D | |
| A-11 | The Leavell Co., et al. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-814 Phx-CAM | — — | — — | 4/19/84 D | |
| A-12 | Sta Dri Co. Katterjohn, Inc., et al. v. Portland Cement Assn., et al. | D. Ariz | Civ 76-854 Phx-CAM | | | 8/2/84 D | |
| A-13 | Picou's Builders Supply, Inc. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-926 Phx-CAM | | | 6/21/84 D | |
| A-14 | Fred Bandas & Sons, Inc., et al. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-855 Phx-CAM | | | 12/2/77 | |
| A-15 | Globe Building Materials Co. v. Portland Cement Assn., et al. | D. Ariz. | Civ 76-923 Phx-CAM | | | 1/15/80 | |
| A-16 | Hechinger Co. v. Portland Cement Assn., et al. | D. Ariz | Civ 76-853 Phx-CAM | | | 4/30/84 | |
| A-17 | The State of California, etc. v. Portland Cement Assn., et al. | C.D.Cal | CV76-4073-FW | 9/12/77 | Civ 77-158 Phx-CAM | 2/25/85 D | |
| B-1 | Public Storage, Inc., et al. v. Portland Cement Ass'n, et al. | D. Ariz | Civ 77-48-Phx-CAM | | | 6/27/78 | |
| B-2 | City of Austin v. Portland Cement Ass'n, et al. | D. Ariz | Civ 77-54-Phx-CAM | | | 6/25/84 D | |
| B-3 | Vincent S. Perry, et al. v. Alpha Portland Ind., et al. | D.Ariz | Civ 77-49 Phx-CAM | | | 5/24/84 D | |
| B-4 | State of Oregon v. Portland Cement Ass'n, et al. | D. Ariz | Civ 77-56-Phx-CAM | | | 8/23/84 D | |

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION    -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | State of Kansas v. Portland cement Assoc., et al. | D.Ariz. | CIV77-603-PHX CAM | | | 8/2/84 D | |
| XYZ-2 | Blankenship Builders, Inc.,etc.,v Portland Cement Assoc., et al. | D. Ariz. | CIV77-579-PHX CAM | | | 30/84 D | |
| XYZ-3 | Northern Materials, Inc. v. Portland Cement Assoc., et al. | D.Ariz. | CIV77-580-PHX CAM | | | 5/11/84 D | |
| XYZ-4 | I. Kogan Construction Co., v. Portland Cement Assoc., et al. | D. Ariz. | CIV77-393-PHX CAM | | | 4/4/78 | |
| XYZ-5 | New Pueblo Constructors, Inc. v. Portland Cement Assoc., et al. | D.ARIZ. | CIV77-505-PHX cam | | | 6/21/84 D | |
| XYZ-6 | Dura Development, Inc., et al. v. Amcord, Inc., et al. | D.ARIZ. | CIV77-732-PHX CAM | | | 2/16/84 D | |
| XYZ-7 | Smith & Green Corp., et al. v. Portland Cement Assoc., et al. | D.Ariz. | CIV77-717-PHX CAM | | | 8/2/84 D | |
| XYZ-8 | Colorado Concrete Mfg. Co. v. Portland Cement Assoc., et al. | D. Ariz. | CIV77-720-PHX CAM | | | 8/23/84 D | |
| XYZ-9 | Walter K. Laursen, etc. et al. v. Portland Cement Assoc., et al. | D. Ariz. | CIV77-724-PHX CAM | | | 6/2/84 D | |
| XYZ-10 | Edward W. Bergquist v. Portland Cement Assoc., et al. | D.Ariz. | CIV-77-918-PHX-CAM | 1/1/84 D | | 2/2/84 | |

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-5 | State of Missouri v. Portland Cement Association, et al. *10/19/78* | W.D.MO. Hunter | 78-4192-CV-c | 2/28/79 | 79-194 | 8/3/84 | |
| B-6 | State of Utah v. Portland Cement Association, et al. | D. Utah Anderson | C78-0429 | 2/28/79 | 79-202 | 8/21/84 D | |
| B-7 | State of Nebraska v. Portland Cement Association, et al. | D.Nebraska Urbom | CV78-L-242 | 2/28/79 | 79-195 | 8/3/84 D | |
| B-8 | State of New Mexico v. Portland Cement Association, et al. | D. N.M. Campos | CIV 78-808-c | 2/28/79 | 79-201 | 5/24/84 D | |
| B-9 | State of Montana v. Portland Cement Association, et al. | D.Montana Murray | CV-78-72BU | 2/28/79 | 79-196 | 8/8/84 D | |
| XYZ-11 | Wsstside Construction Co. v. Portland Cement Assn., et al. | D.Ariz. | CV79-227-PHX-CAM | | | 5/21/80 D | |
| XYZ-12 | John Talley, et al. v. Portland Cement Assn., et al. | D. Ariz. | CV79-314-PHX-CAM | | | 6/21/84 D | |
| B-10 | State of Louisiana v. Portland Cement Assoc., et al. *6/22/79* | E.D.La. Gordon | 79-1909-Sec K(I) | 7/20/79 (see docket entry) | 79-629 | 8/3/84 D | |
| B-11 | State of Alabama v. Portland Cement Association, et al. *6/22/79* | M.D.Ala. Varner | 79-257-N | 7/11/79 | 9 620 | 9/7/84 D | |
| B-12 | State of Minnesota v. Portland Cemant Association, et al. *7/2/79* | D.Minn. Devitt | 3-79-326 | 7/18/79 | 79-619 | 10/31/84 D | |
| B-13 | The State of Texas v. Portland Cement Association, et al. *10/3/79* | W.D.Tex | A 79 CA 203 | 10/19/79 | 79-868 | 4/6/84 | D |

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-14 | State of Florida v. Portland Cement Association, et al. *1/25/80* | N.D.Fla. Stafford | TCA-79-1063 | 2/12/80 | 80-1972 | 9/14/84 D | |
| | *July 1980  11 TR / 32 XX2 / 6 DIS / 37 Pdg*<br>*July 1981 — Same*<br>*July 1982 — 7 Dis / 36 Pdg.*<br>*July 1983 — Same*<br>*July 1984 - 15 Dis / 21 Pdg.* | | | | | | |
| C-15 | M.P.S. Industries, et al. v. Portland Cement Association, et al. | S.D.Fla. Kehoe | 84-1167 | | *11-2-81* *11-2-81* | | |
| C-16 | City of Minneapolis v. Ash Grove Cement Co., et al. | D.Minn. Alsop | 3-84-610 | | | | |
| | *July 1985 - Docket* *Closed*<br><br>*A-17) 77-758*<br>*B-12) 79-619*<br>*2 cases pending.* | | | | *11 TR*<br>*34 XX2*<br>*45*<br>*45 Dis* | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 296 -- __IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION__

LIAISON COUNSEL LIST

LEAD COUNSEL FOR PLAINTIFFS
Steve Dunne, Esq.
P.O. Box 4500
Del Mar, CA  92014

LIAISON COUNSEL FOR CONCRETE DEFENDANTS
John Bouma, Esquire
Snell & Wilmer
3500 Valley Center
Phoenix, Arizona  85073

LIAISON COUNSEL FOR CEMENT DEFENDANTS
William J. Maledon, Esquire
Matori, Meyer, Hendricks & Victor
2700 N. 3rd Street, Suite 4000
Phoenix, Arizona  85004

Reed Carlock, Esquire
26th Floor
Arizona Bank Building
101 N. First Avenue
Phoenix, Arizona  85003

LIAISON COUNSEL FOR CEMENT DEFENDANTS
C. A. Carson, Esq.
Carson, Messinger, Elliott,
  Laughlin & Nagan
Suite 1900
3300 N. Central Avenue
Phoenix, Arizona 85009

Phillip E. vonAmmon, Esquire
Fennemore, Craig, vonAmmon & Udall
1700 First National Bank Plaza
100 West Washington Street
Phoenix, Arizona  85003

JPML Form 4

Revised 2/14/77

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

STATE OF ARIZONA (A-1)
Kenneth R. Reed, Esquire
Director, Antitrust Section
Economic Protection Division
159 State Capitol Building
Phoenix, Arizona  85007

YORK CONCRETE CO., ET AL. (A-2)
John S. Lancy, Esquire
2645 N. 24th St., Suite 2
Phoenix, Arizona 85003

MESA APARTMENT ASSOCIATES, ET AL. (A-3)
Josef D. Cooper, Esquire
Cooper & Scarpulla
3000 Montgomery St., Suite 600
San Francisco, California  94104

RUBENSTEIN DEVELOPMENT CO., ET AL. (A-4)
Frederick P. Furth, Esquire
Furth, Fahrner & Wong
235 Montgomery Street
Suite 1330
San Francisco, California  94104

BILL CARSON, ET AL. (A-5)
Arthur J. Davich, Esquire
Davich & Pollock
2214 North Central Ave.
Suite 108
Phoenix, Arizona  85004

WOOLDRIDGE CONSTRUCTION CO. (A-6)
David G. Burney, Esquire
Bryans & Burney
1007 Fifth Street
San Diego, California  92110

ARIZONA SLUMP BLOCK, INC. (A-7)
Donald E. Dyekman, Esquire
O'Connor, Cavanagh, Anderson,
Westover, Killingsworth & Beshears
3003 North Central Avenue
Suite 1800
Phoenix, Arizona  85012

SINGER HOUSING CO., ET AL. (A-8)
James R. Figliulo, Esquire
Miller, Pitt & Feldman
111 South Church Avenue
Tucson, Arizona  85701

ORA B. HOPPER & SON, INC.
  CONSTRUCTION & DEVELOPMENT (A-9)
Andrew S. Gordon, Esquire
Lewis and Roca
2400 First National Bank Plaza
Phoenix, Arizona  85003

STATE OF COLORADO (A-10)
Robert F. Hill, Esq.
Friedman and Hill
730 Seventeenth Street
Denver, Colorado  80202

THE LEAVELL CO. (A-11)
William C. Barnard, Esquire
Sommer, Barnard, Freiberger &
Scopelitis
815 Merchants Bank Bldg.
Indianapolis, Indiana  46204

KATTERJOHN, INC. (A-12)
Samuel H. Seymour, Esquire
Seymour, Seefried & Hoffman
1010 Wisconsin Ave., N.W.
Suite 810
Washington, D.C.  20007

PICOU'S BUILDING SUPPLY, INC. (A-13)
Herbert A. Garon, Esquire
Jacques F. Bezou, Esquire
Garon, Brener & McNeely
1304 First National Bank
  of Commerce Building
New Orleans, Louisiana  70112

FRED BANDAS & SONS, INC., ET AL. (A-14)
John C. Blazier, Esquire
1500 American Bank Tower
Austin, Texas 78701

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __296__   -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

---

GLOBE BUILDING MATERIALS CO. (A-15)
Robert F. Coleman, Esquire
Freeman, Atkins & Coleman, Ltd.
100 W. Monroe, Suite 2100
Chicago, Illinois   60603

HECHINGER COMPANY (A-16)
Joseph D. Tydings, Esquire
Danzansky, Dickey, Tydings,
  Quint & Gordon
1120 Connecticut Ave., N.W.
Suite 1010
Washington, D.C.   20036

STATE OF CALIFORNIA (A-17)
Peter K. Shack, Esquire
Deputy Attorney General
500 Tishman Building
3580 Wilshire Boulevard
Los Angeles, California   90010

ALPHA PORTLAND INDUSTRIES, INC.
CAPITOL AGGREGATES
COLUMBIA CEMENT CORPORATION
FILTROL CORP.
CYPRUS HAWAIIAN CEMENT CORPORATION
LOUISVILLE CEMENT COMPANY
THE MARQUETTE COMPANY
NORTHWESTERN STATES PORTLAND
  CEMENT CO.
SAN ANTONIO PORTLAND CEMENT CO.
SANTEE PORTLAND CEMENT CORPORATION
VALLEY CEMENT INDUSTRIES
Phillip E. von Ammon, Esquire
Fennemore, Craig, von Ammon & Udall
1700 First National Bank Plaza
100 West Washington
Phoenix, Arizona   85003

ASH GROVE CEMENT CO.
Lawrence R. Brown, Esquire
Stinson, Mag, Thomson, McEvers          NSAS
  & Fizzell
211 Ten Main Center
P.O. Box 19251
Kansas City, Missouri   64141

Kansas City, Missouri

LEHIGH PORTLAND CEMENT CO.
OREGON PORTLAND CEMENT CO.
Mark I. Harrison, Esquire   *Corresp*
Harrison, Myers & Singer
1220 Arizona Title Building   *returned*
111 West Monroe Street
Phoenix, Arizona   85003

ARIZONA ROCK PRODUCTS ASSOCIATION
Christopher A. Combs, Esquire
Combs & Foley
Suite 114, 2202 E. Camelback Road
Phoenix, Arizona   85016

ARIZONA SAND & ROCK CO.
C. A. Carson, III, Esquire
Carson, Messinger, Elliott
  Laughlin & Ragan
3550 N. Central Ave., Suite 1400
Phoenix, Arizona   85012

ATLANTIC CEMENT CO., INC.
Harvey M. Applebaum, Esquire
Covington & Burling
888 Sixteenth St., N.W.
Washington, D.C.   20006

CALIFORNIA PORTLAND CEMENT
CO. and its unincorporated
division ARIZONA PORTLAND
CEMENT COMPANY
Thomas F. Call, Esquire
Adams, Duque & Hazeltine
523 West Sixth Street
Los Angeles, Calif.   90014

CENTEX CORPORATION
Robert E. B. Allen, Esquire
Streich, Lang, Weeks, Cardon
  & French
2100 First National Bank Plaza
Phoenix, Arizona   85003

CITADEL CEMENT CORPORATION
Kent E. Mast, Esquire
Hansell, Post, Brandon & Dorsey
3300 First National Bank Tower
Atlanta, Georgia   30303

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3__

DOCKET NO. __296__   -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

---

COLUMBIA BUILDING MATERIALS, INC.
J. Mercer Johnson, Esquire
Johnson, Hayes & Dowdall, Ltd.
250 N. Church Avenue
Tucson, Arizona  85701

THE FLINTKOTE COMPANY
Gary H. Anderson, Esquire
Pollsbury, Madison & Sutro
225 Bush Street
San Francisco, California  94120

GIANT PORTLAND CEMENT CO.
Bud G. Holman, Esquire
Kelley, Drye & Warren
350 Park Avenue
New York, New York  10022

GIFFORD-HILL & CO., INC.
GIFFORD-HILL PORTLAND CEMENT CO.
M. D. Sampels, Esquire
Worsham, Forsythe & Sampels
2500 - 2001 Bryan Tower
Dallas, Texas  75201

IDEAL BASIC INDUSTRIES, INC.
William C. McClearn, Esquire
Holland & Hart
P.O. Box 8749
Denver, Colorado  80201

KAISER CEMENT AND GYPSUM CORP.
Paul R. Haerle, Esquire
Thelen, Marrin, Johnson & Bridges
Two Embarcadero Center
San Francisco, California  94111

KEYSTONE PORTLAND CEMENT CO.
Carol A. Mager, Esquire
Montgomery, McCracken,
  Walker & Rhoads
Twentieth Floor
Three Parkway
Philadelphia, Pa.  19102

LONE STAR INDUSTRIES, INC.
David Bonderman, Esquire
Arnold & Porter
1229 Nineteenth Street, N.W.
Washington, D.C.  20036

MARTIN MARIETTA CORP.
Terry E. Fenzl, Esquire
Brown & Bain
222 North Central Avenue
Phoenix, Arizona  85004

MESA SAND & ROCK, INC.
Vernon L. Nicholas, Esquire
Killian, Legg & Nicholas
P.O. Box 1467
Mesa, Arizona  85201

MONOLITH PORTLAND CEMENT CO.
Manuel S. Klausner, Esquire
Kindel & Anderson
555 South Flower Street
Twenty-Sixth Floor
Los Angeles, California  90071

NATIONAL CEMENT CO.
J. Patrick Logan, Esquire
Thomas, Taliaferro, Forman, Burr
  & Murray
Sixteenth Floor Bank for Savings Bldg.
Birmingham, Alabama  35203

NATIONAL GYPSUM COMPANY
John J. Hanson, Esquire
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, California  90071

NEW PUEBLO MATERIALS, INC.
Law Offices of Donald C. Smaltz
Michael D. Scott, Esquire
523 West Sixth Street
Suite 440
Los Angeles, California  90014

PHOENIX REDI-MIX COMPANY, INC.
Dale R. Harris, Esquire
Davis, Graham & Stubbs
2600 Colorado National Building
950 Seventeenth Street
Denver, Colorado  80202

SOUTHWESTERN PORTLAND CEMENT CO.
Carl J. Schuck, Esquire
Overton, Lyman & Prince
P.O. Box 54299
Terminal Annex
Los Angeles, California  90054

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 296 -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

THE TANNER COMPANIES
UNITED METRO AND
TUCSON ROCK & SAND
John J. Bouma, Esquire
Daniel J. McAuliffe, Esquire
Snell & Wilmer
3100 Valley Center
Phoenix, Arizona  85073

UNIVERSAL ATLAS CEMENT Division
  of United States Steel Corp.
John J. McHugh, Esquire
Chadwell, Kayser, Ruggles,
  McGee & Hastings
8500 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

UNION ROCK AND MATERIALS CORP.
William D. Baker, Esquire
Rawlins, Ellis, Burrus &
  Kiewit
Suite 2300 Valley Bank Center
Phoenix, Arizona  85073

AMCORD, INC.
Henry C. Thumann, Esquire
O'Melveny & Myers
611 West 6th Street
Los Angeles, California  90017

ALLIED CONCRETE, INC.
ALLIED CONCRETE MATERIALS
George R. Sorenson, Esquire
Sorenson, Esser & Moore
2035 North Central Avenue
Suite 107
Phoenix, Arizona  85004

CHANDLER READY-MIX
Bernard C. Porter, Esquire
Porter, Stahnke, Phillips &
  Kempton
2800 South Rural Road
Tempe, Arizona  85282

JOHNSON & STEWART MATERIALS, INC.
PHOENIX SAND & ROCK
Robert C. Hackett, Esquire
Shimmel, Hill, Bishop & Gruender
111 West Monroe
10th Floor
Phoenix, Arizona  85003

TRI-CITY READY-MIX, INC.
Stephen W. Connors, Esquire
Luhrs Tower
45 West Jefferson
Phoenix, Arizona  85003

MEDUSA CORPORATION
MISSOURI PORTLAND CEMENT CO.
Ray S. Bolze, Esquire
Howrey & Simon
Suite 900
1730 Pennsylvania Avenue, N.W.
Washington, D. C.  20006

OKC CORPORATION
Daniel W. McAllen, III, Esquire
Worsham, Forsythe & Sampels
25th Floor, 2001 Bryan Tower
Dallas, Texas  75201

GENERAL PORTLAND, INC.
Jerry Buchmeyer, Esquire
Thompson, Knight, Simmons
  & Bullion
2300 Republic National Bank Bldg.
Dallas, Texas  75201

National Assn. of Credit
  Management, Inc.
475 Park Avenue South
New York, New York  10016

WHITEHALL CEMENT MFG. CO.
Richard G. Schneider, Esquire
Dechert Price & Rhoads
3400 Centre Sqaare West
1500 Market Street
Philadelphia, Pa.  19102

PORTLAND CEMENT ASSOCIATION
Robert E. Haythorne, Esquire
Kirkland & Ellis
200 East Randolph Dr.
Chicago, Illinois  60001

COPLAY CEMENT MFG. CO.
Laurence Greenwald, Esquire
Stroock & Stroock & Lavan
61 Broadway
New York, New York  10006

JPML FORM 2A -- Continuation

Attorney List -- p. __5__

DOCKET NO. __296__ -- IN RE CEMENT AND CONCRETE ANTITRUST LITIGATION

ARKANSAS CEMENT CORP.
John McLoone, Jr., Esquire
McLoone, Theobald & Galbut
2627 E. Thomas Road
Phoenix, Arizona  85016

PENN DIXIE INDUSTRIES, INC
Victor S. Friedman, Esq.
Alexander R. Sussman, Esq.
Ilene P. Karpf, Esq.
Fried, Frank, Harris, Shriver
& Jacobson
120 Broadway
New York, N. Y. 10005

RIVER CEMENT
G. Wynn Smith, Esquire
Canada, Russell, & Turner
12 th Floor, Union Planters
National Bank
Memphis, Tennessee 38103

PUBLIC STORAGE, INC., ET AL. (B-1)
Kendrick, Netter, Orr
   & Bennett
612 South Flower St.
Suite 1200
Los Angeles, CA  90017

CITY OF AUSTIN (B-2)
John C. Blazier
1500 American Bank Tower
Austin, Texas  78701

Jerry L. Harris, Esq.
City Attorney
City of Austin
Municipal Bldg.
P.O. Box 1088
Austin, Texas  78767

VINCENT S. PERRY, ET AL. (B-3)
Kramer & Salus
Seventh Floor
1520 Locust Street
Philadelphia, Pa.  19102

STATE OF OREGON  (B-4)
Alvin Alexanderson, Esq.
Asst. ATtorney General
Executive House, Suite 602
325 13th Street, N.E.
Salem, Oregon  97310

SOUTHDOWN INC.
J. Clifford Gunter, III, Esq.
William Skard, Esquire
Bracewell & Patterson
2900 South Tower Pennzoil Pl
Houston, Texas 77002

STATE OF MISSOURI (B-5)
Gregory D. Hoffmann
Assistant Attorney General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri  65102

DUNDEE CEMENT CO.
Richard E. Powell, Esquire
Isham, Lincoln & Beale
Ste 4200, 1st Natl Bank Bldg.
Chicago, Illinois  60603

Wyandotte Cement, Inc.
Hudson Mead, Esq.
Tolleson, Burgess & Mead
2650 Guardian Building
Detroit, Michigan  48226

PORTLAND CEMENT CO. OF UTAH

Sidley & Austin
One First National Plaza
Chicago, Illinois  60603

ATLANTIC CEMENT COMPANY
Harvey M. Applebaum
Lyn M. Schlitt
Covington & Burling
888 Sixteenth Street, N.W.
Washington, D. C.  20006

STATE OF UTAH (B-6)
Andrew W. Buffmire, Esq.
Peter C. Collins, Esq.
Assistant Attorneys General
419 Boston Building
Salt Lake City, Utah  84111

JPML FORM 2A -- Continuation

Attorney List -- p. __6__

DOCKET NO. __296__ -- IN RE~~CONCRETE~~TEXAS~~AND~~ CEMENT AND CONCRETE ANTITRUST LITIGATION

<table>
<tr>
<td>

### STATE OF NEBRASKA (B-7)

Paul E. Hofmeister, Esq.
Assistant Attorneys General
2115 State Capitol
Lincoln, Nebraska  68509

### STATE OF NEW MEXICO (B-8)

James Wechsler, Esq.
Donald B. Monnheimer, Esq.
Assistant Attorneys General
Post Office Drawer 1508
Santa Fe, New Mexico 87503

### STATE OF MONTANA (B-9)

Mike Greely, Esq.
Attorney General
Montana Department of Justice
State Capitol
Helena, Montana  59601

### STATE OF LOUISIANA (B-10)

William J. Guste, Jr.
Attorney General
State of Louisiana
2-3-4 Loyola Bldg., Suite 717
New Orleans, Louisiana  70112

### STATE OF ALABAMA (B-11)

Charles A. Graddick
Attorney General
250 Administrative Building
64 North Union Street
Montgomery, Alabama  36130

### STATE OF MINNESOTA (B-12)

Thomas W. Kenyon, Esq.
Special Assistant Attorney General
Antitrust Division
720 American Center Bldg.
150 East Kellogg Blvd.
St. Paul, Minnesota  55101

</td>
<td>

### STATE OF TEXAS (B-13)

Mark White, Esquire
Attorney General of Texas
Linda Aaker, Esquire
Asst. Attorney General
P.O. Box 12548
Austin, Texas  78711

### STATE OF FLORIDA (B-14)

Jim Smith, Attorney General
Antitrust Unit
325 East Gaines Street
Tallahassee, Florida  32301

Stephen L. Dunne, Esq.
Jones & Dunne
110 West "A" Street
Suite 1200
San Diego, Calif.  92101

MOTION FILED BY BOEING 8/9/84
M.P.S., INDUSTRIES, ET AL. (C-15)
Kenny Nachwalter & Seymour, P.A.
400 Edward Ball Building
100 Chopin Plaza - Miami Center
Miami, Florida  33131

Kimbrell, Hamann, Jennings, Womack,
Carlson & Kniskern, P.A.
Suite 900, Brickell Center
799 Brickell Plaza
Miami, FL  33131

### CITY OF MINNEAPOLIS (C-16)

Hubert H. Humphrey, III, Atty. General
200 Ford Building
117 University Avenue
Saint Paul, Minnesota  55155

</td>
</tr>
</table>

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Portland Cement Assn. | A-1 A-2 A-3 A-4 A-5 A-6 A-8 A-10 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-2 B-3 B-4 C-5 B-6 B-7 B-8 B-9 B-10 B-11 B-12 B-14 C-15 C-16 |
| Amcord, Inc. (Phoenix Cement Co. and Riverside Cement Co.) *Riverside* | A-1 A-2 A-3 A-4 A-5 A-8 A-10 A-9 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-2 B-3 B-4 B-6 B-7 B-8 B-9 C-17 B-14 |
| California Portland Cement Co. (Arizona Portland Cement Co.) *sold* | A-1 A-2 A-3 A-4 A-5* A-7 A-8 A-10 A-9 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-4 B-6 B-7 B-9 B-12 C-14 |
| Ideal Basic Industries | A-1 A-2 A-3 A-4 A-5* A-6 A-8 A-10 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-9 B-10 B-11 B-12 B-14 C-15 |
| Kaiser Cement & Gypsum Co. | A-1 A-2 A-3 A-4 A-5* A-6 A-8 A-10 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-2 B-3 B-4 B-6 B-7 B-8 B-9 B-12 C-14 |
| Southwest Portland Cement Co. | A-1 A-2 A-3 A-4 A-5 A-6 A-8 A-10 A-11 A-12 A-13 A-14 A-15 A-16 A-17 B-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-9 B-10 B-11 B-12 B-13 A-6 |
| Arizona Rock Products Assn. | A-1 A-2 A-3 A-4 A-5 A-8 A-11 |
| Allied Concrete Inc. | A-6 A-1 A-2 A-3 A-4 A-5 A-8 A-11 |
| Allied Concrete and Materials | A-6 A-1 A-2 A-3 A-4 A-8 |
| | |
| Mesa Sand & Rock, Inc. | A-6 A-1 A-2 A-3 A-4 A-5 A-8 A-11 |

| Company | Items |
|---|---|
| Phoenix Redi-Mix Co., Inc. | A-1 A-2 A-3 A-4 A-5 A8 A11 · A-6 |
| New Pueblo Materials, Inc. | A-1 A-2 A-3 A-4 A-5 A8 A11 A-6 |
| The Tanner Companies (United Metro and Tucson Rock & Sand) | A-1 A-2 A-3 A-4 A-5 A8 A11 A-4 |
| Tri-City Ready Mix, Inc. | A-1 A-2 A-3 A-4 A-5 A8 A11 A15 A-6 |
| Union Rock & Materials (Union Rock & Materials Div and San Xavier Materials) | A-1 A-2 A-3 A-4 A-5 A8 A9 A11 A15 A-6 |
| Chandler Ready-Mix Inc. | A-2 A-3 A-4 A-5 A11 A-6 |
| Columbia Building Materials Inc. | A-2 A-3 A-4 A-5 A8 A11 A-6 |
| Johnson & Stewart Materials, Inc. | A-2 A3 A-4 A-5 A8 A11 A-6 |
| Phoenix Sand and Rock, Inc. | A-2 A-3 A-4 A-5 A8 A11 A-6 |
| ✓ Alpha Portland Ind., Inc. (Alpha Portland Cement Co) | A-2 A-3 A10 A11 A12 A13 A-14 A15 A16 A-6  A-2 B-4, B-5 B-6 B-7 B-8 B11 B-12 B-14  C-15 |
| ✓ Filtrol Corp. (Columbia Cement Corp.) | A-2 A-3 A10 A11 A12 A13 A14 A15 A16 A-6  B-3 B-3 B-4 B-6 B-7 B-8 B-9 B-12 B-14 |

JPML FORM 3

p. _3_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Gifford Hill and Co., Inc. (Gifford Hill Portland Cement Co) *Dismissal* | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 A-3 B-4 A-6 B-6 B-7 B-8 B-9 B-10 B-12, B-14 |
| ✓ | Marquette Co. (Marquette Cement Mfg. Co) | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-3 A-6 B-5 B-6 B-7 B-8 B-9 B-10 B-11 B-12 B-14 C-16 |
| ✓ ✓ | Medusa Corp. (Medusa Cement Co.) | A-2 A-3 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-11 B-12 B-14 C-15 |
| ✓ | United States Steel Corp. (Universal Atlas Cement Div) | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-3 B-4 B-5 A-6 B-6 B-7 B-8 B-9 B-11 B-14 C-15 C-16 |
| ✓ | Arkansas Cement Corp. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-3 B-4 B-6 B-7 A-6 B-8 B-9 B-10 B-12 B-14 |
| ✓ | Ash Grove Cement Co. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-1 B-3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-12 B-14 C-16 |
| ✓ | Atlantic Cement Co., Inc. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-1 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-12 |
| ✓ | Capitol Aggregates, Inc. (Capitol Cement Div.) | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-12 B-14 |
| ✓ | Centex Corp. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-4 A-6 B-6 B-7 B-8 B-9 B-12 B-14 |
| ✓ | Citadel Cement Corp. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-4 A-6 B-6 B-7 B-8 B-9 B-11 B-12, B-14 |
| ✓ | Coplay Cement Mfg. Co. | A-2 A-3 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-2 B-4 A-6 B-6 B-7 B-9 B-12, B-14 |

p. _4_

| | |
|---|---|
| Cyprus Hawaiian Cement Corp. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-4 A-6 B-6 B-7 B-8 B-9 B-12, B-14 |
| The Flintkote Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 A-19 B-1 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-12, B-14 |
| Giant Portland Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-4 A-6 B-6 B-7 B-8 B-9 B-12, B-14 |
| Keystone Portland Cement Co. | A-2 A-3 A15 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-12, B-14 |
| Lehigh Portland Cement Co. | A-2 A-3 A10 A11 A12 A-13 A14 A15 A-16 A-2 B-3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-12 B-14 C-15 C-16 |
| Lone Star Industries, Inc | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 A-19 B-1 B-2 B-3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-10 B-11 B-12, B-14 C-15 C-16 |
| Louisville Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-12 B-14 |
| Martin Marietta Corp. | A-2 A-3 A10 A11 A12 A14 A15 B-16 B-2 B-3 B-4 B-5 A-6 B-6 B-7 B-8 B-9 B-10 B-11 B-12, B-14 C-15 C-16 |
| Missouri Portland Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 B-5 A-6 B-6 B-7 B-8 B-9 B-11 B-12, B-14 |
| The Monarch Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-12, B-14 |
| National Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 B-15 B-2 B-3 B-4 B-6 B-7 B-8 B-9 C-11 B-12, B-14 |

JPML FORM 3

p. _5_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Gypsum Co. | A-2 A-3 A10 A11 A12 A14 A15 A-16 B-2 B3 B-4 A-6 B-6 B-7 B-8 B-9 B-12 B-14 C-16 |
| Northwestern States Portland Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B3 B-4 A-6 B-6 B-7 B-8 B-9 B-12 B-14 |
| OKC Corp. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-10 B-12 B-14 |
| Oregon Portland Cement Co. | A-2 A-3 A-10 A11 A12 A13 A14 A15 A-16 B-2 B3 B-4 A-6 B-6 B-7 B-8 B-9 B-14 |
| Penn-Dixie Industries, Inc. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-11 B-14 |
| Portland Cement Co. of Utah | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-14 |
| River Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-5 B-6 B-7 B-8 B-9 B-10 B-14 |
| San Antonio Portland Cement Co. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-14 |
| Santee Portland Cement Corp. | A-2 A-3 A11 A12 A13 A14 A15 A-16 B-3 B-3 B-4 A-6 B-6 B-7 B-8 B-11 B-14 |
| The South Dakota Cement Plant | A-2 A-3 A15 A-6 |
| Valley Cement Industries, Inc. | A-2 A-3 A10 A11 A12 A13 A14 A15 A-16 B-2 B-3 B-4 A-6 B-6 B-7 B-8 B-9 B-14 |

p. 6

| | |
|---|---|
| The Whitehall Cement Mfg. Co. ✓ | A-2  A-3 A10  A11  A12  A13  A14  A15  A-16  B-2 B3 B4  A6  B-6  B-7  B-8 B-9, B-14 |
| Wyandotte Cement Inc. | A-2  A-3  A10  A11  A12  A13  A14  A15  A-16  B-2  B-3  B4  A6  B-6  B-7 B-8 B-9 B-14 |
| National Assn. of Credit Management, Inc. | B-1  B-2  B-3  B-4  B-6  B-9 |
| General Portland Cement | B-1  B-2  B-3  B-4  B-5  B-6 B-7  B-8  B-9  B-10  B-11  B-12, B-14 |
| Meredith Portland Cement | B-1 B-2  B-3  B-4 B-6 B-7  B-7  B-8 B-9  B-12 |
| Arundel Cement Co | B-2 B-3  B-4, B-5  B-6 B-7 B-8  B-9 B-11  B-12, B-14 |
| Wyandotte Cement Inc. | B-7 |
| Riverside Cement Co. | B-14 |
| ATL Cement Co. | B-14 |
| Columbia Cement Corp. | B-14 |
| | |